UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACH, LLC | * | CIVIL ACTION NO. 07-0520 |
| PLAINTIFF | * | |
| | * | SECTION K |
| versus | * | JUDGE STANWOOD R. DUVAL |
| | * | |
| LANDMARK AMERICAN INSURANCE | * | MAG. 3 |
| COMPANY | * | MAGISTRATE DANIEL E. KNOWLES |
| DEFENDANT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Joint Motion to Vacate Judgment Pursuant to F.R.C.P. Rule 55(c) and/or Rule 60(b), submitted by Defendant Landmark American Insurance Company and Plaintiff JACH, LLC,

IT IS HEREBY ORDERED that the Motion be and is hereby GRANTED and that the default judgment entered against Landmark American Insurance Company on January 25, 2007, in the Civil District Court for the Parish of Orleans be and is hereby VACATED, SET ASIDE and deemed NULL AND VOID.

New Orleans, La.
March 9, 2007.

_____
UNITED STATES DISTRICT JUDGE